**DISMISS and Opinion Filed November 15, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00469-CV

**RONNA HODGES, Appellant**

**V.**

**JOHN CURTIS HODGES, JR. AND DAWN TREVILLYAN, Appellees**

**On Appeal from the County Court at Law No. 2**
**Hunt County, Texas**
**Trial Court Cause No. CC1700152**

## MEMORANDUM OPINION

Before Justices Bridges, Brown, and Whitehill
Opinion by Justice Whitehill

Before the Court is appellant's motion for voluntary dismissal of the appeal. We grant the

motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).


/Bill Whitehill/
BILL WHITEHILL
JUSTICE

180469F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

RONNA HODGES, Appellant

No. 05-18-00469-CV V.

JOHN CURTIS HODGES, JR. AND
DAWN TREVILLYAN, Appellees

On Appeal from the County Court at Law
No. 2, Hunt County, Texas
Trial Court Cause No. CC1700152.
Opinion delivered by Justice Whitehill.
Justices Bridges and Brown participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellees JOHN CURTIS HODGES, JR. AND DAWN TREVILLYAN recover their costs of this appeal from appellant RONNA HODGES.

Judgment entered November 15, 2018.